SO ORDERED.

Dated: December 2, 2020

*Daniel P. Collins*

**Daniel P. Collins, Bankruptcy Judge**

UST-32A, 3-03

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| DIANA MARIE LANE | ) | CASE NO. 3:19-BK-04900-DPC |
| | ) | |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO THE |
| Debtor | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $*2295.83** to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

SIGNED AND DATED ABOVE